In the Matter of the Application of FRANCIS MACHOLDT, Respondent, for a Peremptory Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.

*Matter of Macholdt* v. *Prendergast,* 144 App. Div. 252, affirmed.
(Submitted October 4, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1911, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to pay a certain award theretofore made in condemnation proceedings to the petitioner.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier* and *G. E. Draper* of counsel), for appellant.

*Benjamin Trapnell* and *Joseph A. Flannery* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

MARX OTTINGER et al., Appellants, *v.* JOHN R. BENNETT, Respondent, Impleaded with Others.

*Ottinger* v. *Bennett,* 144 App. Div. 525, reversed.
(Argued October 4, 1911; decided October 24, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1911, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint and overruled such demurrer in an action for deceit.

The following questions were certified:

" *First.* Does the complaint state facts sufficient to constitute a cause of action ?